IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-153-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
BRAXTON DEANGELO BENTON, )
)
Defendant. )

Defendant's conviction is final. See [D.E. 121, 122, 140, 141, 142]. The court DENIES

as meritless defendant's motion for relief from judgment under Federal Rule of Civil Procedure

60 [D.E. 146].

SO ORDERED. This 15 day of July, 2026.

JAMES C. DEVER III
United States District Judge